**A&O SHEARMAN**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024

john.nathanson@aoshearman.com
212.848.4000

May 31, 2024

**MEMO ENDORSED**

**BY ECF**

Hon. Valerie E. Caproni
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

> Re:  **Commodity Futures Trading Commission v. Mek Global Limited, et al., No. 24-CV-02255 (VEC)**

Dear Judge Caproni:

As reflected in the joint stipulation and proposed order dated May 6, 2024 (ECF No. 21), the parties in the above-captioned action agreed to extend the deadline to move or answer the Complaint until August 8, 2024, to allow sufficient time for the parties to discuss the advancement of this litigation.  In light of those ongoing discussions, the parties do not believe that the conference currently scheduled for June 7, 2024, is necessary.  The parties hereby request that the dates for filing a case management plan and for a pretrial conference be adjourned until after August 8, 2024, and that the parties be permitted to inform the Court by joint letter on or before August 8, 2024, as to the status of discussions and with a proposed schedule for filing a case management plan and an initial pretrial conference.

Respectfully submitted,

*/s/ John A. Nathanson*

John A. Nathanson

cc:  Counsel of record for Commodity Futures Trading Commission (via ECF)

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD.  It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323).  The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.

Application GRANTED IN PART.  The Initial Pretrial Conference scheduled for Friday, June 7, 2024, at 10:00 A.M. is ADJOURNED to **Friday, August 16, 2024, at 10:00 A.M.** The deadline for the parties to submit a joint proposed case management plan and a joint letter containing the information at Dkt. 13 at 2 is extended *nunc pro tunc* from Thursday, May 30, 2024, to **Thursday, August 8, 2024**.

SO ORDERED.

6/3/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE