

**COMMODITY FUTURES TRADING COMMISSION**
Ted Weiss Federal Office Building
290 Broadway, Suite 600
New York, NY 10007
Telephone: (646) 746-9700
www.cftc.gov

Division of
Enforcement

January 31, 2025

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *CFTC v. Mek Global Limited*, 24-CV-02255 (VEC)

Dear Judge Caproni:

    We write pursuant to Rule 2.C. of Your Honor's Individual Practices in Civil Cases to seek a 30-day extension of the February 4, 2025 deadline for Defendants to respond to the Complaint and the parties to submit a joint proposed case management plan. We also write to request a 28-day adjournment of the Initial Pretrial Conference scheduled for February 21, 2025. This is the fifth request for extension of time and an adjournment of the Initial Pretrial Conference. The original Initial Pretrial Conference was scheduled for June 7, 2024 (ECF No. 13) and the original deadline for Defendants to respond to the Complaint was July 9, 2024 (ECF No. 21).

    Since the filing of the Complaint, the parties have negotiated in good faith to resolve this matter. The Defendants and the CFTC's Division of Enforcement have reached an agreement in principle to resolve this matter, subject to certain additional approvals required by the CFTC. As a result of leadership changes at the CFTC, the CFTC needs additional time to consider the agreement.

    The parties, therefore, jointly request an extension of all deadlines and appearances by approximately 30 days. Under the parties' proposed extension, Defendants' time to respond to the Complaint, and the deadline for the parties to submit a proposed case management plan and joint letter, would be extended to March 6, 2025. The parties also respectfully request that the Initial Pretrial Conference be adjourned until March 21, 2025, or another Friday morning that is convenient for the Court.

Respectfully submitted,

*/s/ Andrew J. Rodgers*
Andrew J. Rodgers
John C. Murphy
K. Brent Tomer

Attorneys for Plaintiff