

**COMMODITY FUTURES TRADING COMMISSION**

Ted Weiss Federal Office Building
290 Broadway, Suite 600
New York, NY 10007
Telephone: (646) 746-9700
www.cftc.gov

Division of
Enforcement

March 31, 2025

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *CFTC v. Mek Global Limited*, 24-CV-02255 (VEC)

Dear Judge Caproni:

We write pursuant to Your Honor's order of March 5, 2025, to provide a status report on the progress of settlement negotiations between the parties to this action.  As stated in the parties' March 4, 2025, Joint Motion to Stay (Dkt. No. 34), the Division of Enforcement and the Defendants had agreed on the general terms of a revised settlement.  Since that time, Defendants and the Division of Enforcement negotiated the terms of a proposed consent order and the Division has recommended that the Commission authorize, as required, the Division to sign the consent order and submit it to this Court for approval.  As of the date of this letter, however, the Division has not received authorization.  With the Court's permission, the Parties intend to provide a further status report to the Court by April 21, 2025.  Defendants join in this letter.

Respectfully submitted,

*/s/  K. Brent Tomer*
K. Brent Tomer

cc: Counsel of Record via ECF