**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>               Plaintiff,<br><br>         v.<br><br>MEK GLOBAL LIMITED, PHOENIXFIN PTE. LTD., FLASHDOT LIMITED, and PEKEN GLOBAL LIMITED (collectively d/b/a "KUCOIN"),<br><br>               Defendants. | Case No. 24-cv-2255-VEC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 1.4(b) of the Local Rules of the United States District Court for the Southern District of New York, the undersigned counsel, John C. Murphy, respectfully requests leave to withdraw as counsel of record for Plaintiff Commodity Futures Trading Commission. The undersigned, who entered his appearance on behalf of Plaintiff, hereby withdraws his appearance and requests that he be removed from the CM/ECF noticing list and any other service lists. Mr. Murphy's last day on active duty with the Commission is May 30, 2025.

All other attorneys who previously entered their appearances on behalf of the Plaintiff will continue to serve as counsel of record to the Commodity Futures Trading Commission in the above-captioned matter.

Dated:  May 30, 2025

                                ATTORNEY FOR PLAINTIFF COMMODITY
                                FUTURES TRADING COMMISSION

                                */s/ John C. Murphy*
                                  John C. Murphy
                                  Senior Trial Attorney
                                  Commodity Futures Trading

Commission Division of
Enforcement
Ted Weiss Federal Office Building
290 Broadway, Suite 600
New York, NY 10007
Phone: (646) 746-9700
Fax: (646) 746-9938
jmurphy@cftc.gov