

**COMMODITY FUTURES TRADING COMMISSION**
Ted Weiss Federal Office Building
290 Broadway, Suite 600
New York, NY 10007
Telephone: (646) 746-9700
www.cftc.gov

**Division of Enforcement**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025

October 28, 2025

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *CFTC v. Mek Global Limited et al.*, 24-CV-02255 (VEC)

Dear Judge Caproni:

    On behalf of Plaintiff Commodity Futures Trading Commission (CFTC), I respectfully request that the Court extend the November 3, 2025 deadline for the filing of a status report in the above-referenced matter until either (i) December ~~3~~ 1, 2025, or (ii) two weeks after the current government shutdown ends, whichever is later.

    On April 22, 2025, this Court entered an order staying the case and further ordered the parties to "submit a status report every six months regarding whether Plaintiff is prepared to proceed to litigate, settle, or dismiss this action," with the first such status report due on Monday, November 3, 2025. (ECF No. 42.)

    The federal government is presently shut down, and all non-excepted employees, including undersigned counsel, have been furloughed and prohibited by law from performing actions related to their employment, subject to certain exceptions. *See* 31 U.S.C. § 1341 ("Antideficiency Act").

    The CFTC has taken steps to effectuate the shutdown, but also to ensure (a) that it complies with all of its obligations before this Court; and (b) that it does not violate the Antideficiency Act. Accordingly, the CFTC requests that the Court continue the stay and extend the deadline for the filing of a status report as requested above. There have been no previous requests for extension of this deadline.

      Counsel for CFTC conferred with counsel for Defendants, and counsel for Defendants indicated that they consent to this motion. A proposed order is attached.

                                        Respectfully submitted,

                                        */s/ Meredith Borner*
                                        Meredith Borner
                                        Trial Attorney
                                        mborner@cftc.gov

                                        290 Broadway, 6th Floor
                                        New York, NY 10007
                                        Phone: (646) 746-9700

                                        Attorney for Plaintiff

Enclosure:    Proposed Order

Cc:           Counsel for Defendants (via ECF)

---

Application GRANTED. The deadline for the parties to submit a status report is ADJOURNED from Monday, November 3, 2025, to either **Monday, December 1, 2025, or two weeks after the current government shutdown ends**, whichever is later.

SO ORDERED.

*[signature]*                       10/29/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2