USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/30/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMODITY FUTURES TRADING
COMMISSION,

       Plaintiff,

         v.

MEK GLOBAL LIMITED, PHOENIXFIN
PTE LTD., FLASHDOT LIMITED, and
PEKEN GLOBAL LIMITED (collectively
d/b/a/ "KUCOIN"),

       Defendants.

24-CV-02255 (VEC)

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having considered Plaintiff's unopposed Motion for Entry of Order of Voluntary Dismissal With Prejudice, the motion is hereby **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby **ORDERED** that:

1.      Plaintiff's claims against Defendants Mek Global Limited, PhoenixFin PTE Ltd., and Flashdot Limited (collectively, the "Dismissed Defendants") are dismissed with prejudice;

2.      Each party is to bear its own fees and costs;

3.      All Dismissed Defendants named in the Complaint are deemed to have waived and released:

    a.    Any and all claims that they may possess under the Equal Access to Justice Act, 5 U.S.C. § 504 (2018) and 28 U.S.C. § 2412 (2018), and/or the rules promulgated by the Commission in conformity therewith, Part 148 of the Regulations, 17 C.F.R. pt. 148 (2024), relating to, or arising from, this action; and

    b.    Any and all claims that they may possess under the Small Business Regulatory Enforcement Fairness Act of 1996, Pub. L. No. 104-121, tit. H, §§ 201-253, 110 Stat. 847, 857-74 (codified as amended at 28 U.S.C. § 2412

and in scattered sections of 5 U.S.C. and 15 U.S.C.), relating to, or arising from, this action;

4.     No Dismissed Defendant is a prevailing party in this action for purposes of the waiver of any and all rights under the Equal Access to Justice Act specified in subpart (a) of paragraph 3;

5.     There being no just reason for delay, the Clerk of Court is hereby ordered to enter this Order of Voluntary Dismissal With Prejudice forthwith and without further notice and to CLOSE this case.

**IT IS SO ORDERED** on this  30th  day of _____March_____, **2026.**

_____
**THE HONORABLE VALERIE E. CAPRONI**
**UNITED STATES DISTRICT JUDGE**